UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :     20 Cr. 565 (LGS)
                 -against-                                  :
                                                            :     ORDER
ANTHONY CRUZADO,                                            :
                              Defendant,                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS a status conference is currently scheduled for April 22, 2021.

   WHEREAS Defendant declined to file a motion to transfer venue.  It is hereby

   **ORDERED** that the counsel for all parties shall file by Friday, April 16, 2021, a joint letter via CM/ECF proposing a schedule for the filing of any pretrial motions and three proposed dates for a status conference to be held after the motions are fully briefed.  The parties also should state whether the parties seek to have the Court exclude time under the Speedy Trial Act between the filing of the order and the pre-trial conference, and the basis for the exclusion.

Dated: April 14, 2021
       New York, New York

                                              _____
                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE