**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

April 16, 2021

Hon. Lorna G. Schofield
United States District Judge
40 Foley Square
New York, New York 10007

> Application Granted. The parties' joint scheduling letter shall be filed by **May 20, 2021.** The status conference currently scheduled for April 21, 2021 is adjourned to **May 27, 2021, at 11:00 a.m.** The Clerk of the Court is directed to terminate the letter motion at docket number 18.
>
> Dated: April 21, 2021
>
> /s/ Lorna G. Schofield
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   United States v. Anthony Cruzado
        20 CR 565 (LGS)

Dear Judge Schofield,

The Court has ordered that the parties jointly propose a motion deadline and potential conference dates by April 16, 2021. I write, with the consent of the government, to request an extension of the deadline for the filing of a letter regarding scheduling.

The defense is not currently in a position to make decisions regarding any potential motion, including a motion to transfer, because I have had no meaningful ability to communicate with Mr. Cruzado since his presentment on March 4, 2021. Mr. Cruzado was housed at the Essex County Jail after his presentment, but he had [redacted]

During that time, attempts to arrange a call with Mr. Cruzado were unsuccessful. My conversation with him on the date of his arraignment, April 9, 2021, was limited because guards remained [redacted] the call was therefore not confidential. Within the last week, Mr. Cruzado [redacted] transferred to a Bureau of Prisons facility, which should allow for actual access and communication.

I request that the Court adjourn the April 22nd conference and expand the deadline for the filing a scheduling order for one month to allow consultation with Mr. Cruzado.

Thank you for your consideration of this request.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743 / (917) 572-5792

Cc:   AUSA Mitzi Steiner