

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Anthony Cruzado*, 20 Cr. 565 (LGS)

Dear Judge Schofield:

    The Government respectfully submits this letter to request an exclusion of time pursuant to the Speedy Trial Act, in light of the Court's April 21, 2021 order, adjourning the pretrial conference in this case until May 27, 2021.  (Dkt. 19.)  As the Court is aware, that adjournment was granted to permit defense counsel additional time to confer with the defendant, and to determine whether to pursue certain pretrial motions.  (*Id.*)  In light of the defendant's need for additional time to consult with counsel, including with respect to potential motion practice and to review discovery, the Government moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and (h)(7)(A), until May 27, 2021.  The exclusion of time will afford the defendant time to consult with his attorney, consider whether to pursue his motion to transfer venue, review discovery, and will permit the parties to engage in discussions regarding the potential for a pretrial disposition. The defense consents to this application.

Application Granted.  For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and May 27, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). The time between today and May 27, 2021, is hereby excluded.  The Clerk of the court is directed to terminate the letter motion at docket number 20.

Dated: April 22, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____/s/_____
    Kimberly J. Ravener
    Mitzi S. Steiner
    Assistant United States Attorneys
    (212) 637-2358 / 2284

cc:  Jennifer Willis, Esq.
     Federal Defenders of New York