

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Anthony Cruzado*, 20 Cr. 565 (LGS)

Dear Judge Schofield:

The parties jointly submit this letter requesting an adjournment of the next pretrial conference, currently scheduled for July 8, 2021, for a period of approximately 45 days. Defense counsel has informed the Government that additional time is required to prepare a defense and to confer with the defendant regarding the potential for a disposition of this matter. In light of the defendant's need for additional time to consult with counsel, including with respect to a potential pretrial disposition, the Government moves for the exclusion of time under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A), for a period of approximately 45 days. The exclusion of time will afford the defendant time to consult with his attorney, and will permit the parties to engage in discussions regarding the potential for a pretrial disposition. The Government respectfully submits that the ends of justice served by the exclusion of time outweigh the interests of the defendant and the public in a speedy trial. The defense consents to this application.

Application Granted. The status conference currently scheduled for July 8, 2021, is adjourned to **September 13, 2021, at 11:00 a.m.** For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and September 13, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). The time between today and September 13, 2021, is hereby excluded. The Clerk of the court is directed to terminate the letter motion at docket number 24.

Dated: July 7, 2021
New York, New York

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____/s/_____
Kimberly J. Ravener
Mitzi S. Steiner
Assistant United States Attorneys
(212) 637-2358 / 2284

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**