**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

September 8, 2021

Hon. Lorna G. Schofield
United States District Judge
40 Foley Square
New York, New York 10007

Re:   United States v. Anthony Cruzado
      20 CR 565 (LGS)

Dear Judge Schofield,

    I write to request an adjournment of the conference currently scheduled for September 14, 2021. I have had extensive conversation with Mr. Cruzado about the next steps in the case and have continued productive discussions with the government about a potential plea. However, a firm resolution has not yet been reached.

    The parties jointly request that the conference be adjourned to October 15. In the event that a firm pre-trial resolution is reached prior to that date, the parties will contact the Court to schedule a plea.

    The government requests that time be excluded to any new conference date and the defense has not objection to that request.

    Thank you for your consideration of this request.

Respectfully submitted,
/s/
Jennifer E. Willis
Assistant Federal Defender
(212) 417-8743 / (917) 572-5792

Cc:   AUSA Mitzi Steiner
      AUSA Kimberly Ravener

Application Granted in part. The status conference currently scheduled for September 13, 2021, is adjourned to **October 25, 2021, at 10:40 a.m**. For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and October 25, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). The time between today and October 25, 2021, is hereby excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 26.

Dated: September 10, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE