UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                                 :
UNITED STATES OF AMERICA,          :
                                Plaintiff,   :
                                           :        20 Cr. 565 (LGS)
            -against-                :
                                           :        <u>SCHEDULING ORDER</u>
ANTHONY CRUZADO,                  :
                                Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Anthony Cruzado's sentencing hearing shall be held on **February 22, 2022**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **January 31, 2022**.  The Government's pre-sentencing submission, if any, shall be filed by **February 3, 2022.**

Dated:  November 1, 2021
           New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE