UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                20 Cr. 565 (LGS)

    ANTHONY CRUZADO,                <u>ORDER</u>

                            Defendant,
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for February 22, 2022, is adjourned to **March 1, 2022, at 4:00 p.m.**

Dated: February 1, 2022
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**