```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA,

              - against -                         20 CR 565 (LGS)

ANTHONY CRUZADO,                                  ORDER
                   Defendant.
-------------------------------x
```

Upon the application of the above-captioned defendant, **ANTHONY CRUZADO**, by and through his attorney, Neil Kelly, Esq. of the Federal Defenders of New York, and with the consent of Mitzi Steiner, Esq., on behalf of the Government, and Sophia Papapetru, Esq., on behalf of the Bureau of Prisons;

**IT IS ORDERED** that defense counsel, **NEIL KELLY, Esq.**, and counsel's retained expert, **DR. CHERYL PARADIS**, be permitted by the United States Marshals Service to conduct in-person visits with the defendant, **ANTHONY CRUZADO**, while the defendant is in the custody of the United States Marshals Service at Brooklyn Hospital or any other medical facility.

Dated: February 2, 2022
       New York, New York

                              SO ORDERED:

                              _____
                              **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**