```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                    -against-                                :    20 Cr. 565 (LGS)
                                                             :
    ANTHONY CRUZADO,                                         :    ORDER
                                            Defendant,       :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for February 28, 2022, is adjourned to **March 3, 2022, at 12:00 p.m.**  Members of the press and public may dial into this conference using Conference Call in number: (888) 363-4749; and Access Code: 558-3333.

Dated: February 28, 2022
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**