UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-                      20 Cr. 565 (LGS)

    ANTHONY CRUZADO,                      <u>ORDER</u>
                             Defendant,
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that sentencing currently scheduled for March 3, 2022, is adjourned to **March 7, 2022, at 12:00 p.m.** Members of the press and public may dial into this conference using Conference Call in number: (888) 363-4749; and Access Code: 558-3333.

Dated: March 3, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE