UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

               -against-  :  20 Cr. 565 (LGS)

    ANTHONY CRUZADO,  :  <u>ORDER</u>
                             Defendant,
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for April 11, 2022, is adjourned to **April 13, 2022, at 12:00 p.m.**

Dated: April 5, 2022
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**