UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                            -against-                        20 Cr. 565 (LGS)

    ANTHONY CRUZADO,                   SCHEDULING ORDER

                                Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a sentencing hearing is currently scheduled for April 13, 2022, at 12:00 p.m.

      WHEREAS the parties have consented to this matter proceeding remotely. It is hereby,

      **ORDERED** that the sentencing hearing currently scheduled for April 13, 2022, will be conducted via videoconference. The defendant, his counsel and counsel for the Government are directed to appear and will be provided with call-in instructions via email. Members of the press and public may dial into this hearing using conference call number (888) 363-4749, and access code 558-3333.

Dated: April 12, 2022
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**