UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :   20 Cr. 565 (LGS)
            -against-                                       :
                                                            :   ORDER AMENDING
ANTHONY CRUZADO,                                            :   PRESENTENCE
                                    Defendant,              :   INVESTIGATION
------------------------------------------------------------X   REPORT

LORNA G. SCHOFIELD, District Judge:

As discussed at the sentencing of Defendant Anthony Cruzado on April 13, 2022, it is hereby **ORDERED** that the Presentence Investigation Report last revised on February 16, 2022, is amended as follows:

1) The Release Status section on the face sheet of the Presentence Investigation Report shall be amended to read: "Received into federal custody on November 24, 2020, on a writ of habeas corpus ad prosequendum from the Florida Department of Corrections."

2) Paragraph 5(c)(i) shall be amended to read: "Based upon the calculations set forth above, the defendant's stipulated Guidelines range is 41 to 51 months' imprisonment. In addition, after determining the defendant's ability to pay, the Court may impose a fine pursuant to USSG §5E1.2.  At Guidelines level 15, the applicable fine range is $7,500 to $75,000."

3) Paragraph 14 shall be amended to read: "CRUZADO was arrested on November 24, 2020.  He is being held accountable for mailing a threatening communication and for exhibiting conduct evidencing an intent to carry out a threat to injure a person or property."

4) Paragraph 30 shall be amended to reflect that zero criminal history points are added.

5) Paragraph 31 shall be amended to reflect that zero criminal history points are added.

6) Paragraph 32 shall be amended to reflect that zero criminal history points are added.

7) Paragraph 45 shall be amended to reflect a subtotal criminal history score of **29**.

8) A copy of this Order shall be appended to all copies of the Presentence Investigation Report and made a part thereof.

Dated: April 13, 2022
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**