UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ANTHONY CRUZADO,<br><br>Defendant. | ORDER<br><br>20 Cr. 565 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        On October 27, 2021, Defendant Anthony Cruzado pled guilty before Judge Schofield to mailing a threatening communication in violation of 18 U.S.C. § 876(c). (See Plea Tr. (Dkt. No. 31)) On April 13, 2022, Judge Schofield sentenced Cruzado to 24 months' imprisonment. (Judgment (Dkt. No. 59))

        On February 3, 2025, Cruzado filed a notice of appeal. (Dkt. No. 65) On February 7, 2025, Cruzado filed a motion to withdraw his guilty plea. (Dkt. No. 67) On March 13, 2025, Cruzado filed a second motion to withdraw his guilty plea. (Dkt. No. 74) Between March 5, 2025, and May 5, 2025, Cruzado filed a number of additional miscellaneous motions. (See Dkt. Nos. 73, 75, 78) On May 5, 2025, Judge Schofield denied Cruzado's motions to withdraw his guilty plea along with his other pending motions. (May 5, 2025 Order (Dkt. No. 79))

        On May 22, 2025, Cruzado moved to compel the court to rule on his pending motions. (See Dkt. No. 81) On June 4, 2025, the case was reassigned to this Court. (See Dkt. Sheet at June 4, 2025) On June 26, 2025, Cruzado moved to dismiss his motion to withdraw his guilty plea. (See Dkt. No. 82)

      Cruzado's pending motions (Dkt. Nos. 81, 82) are denied as moot, because Judge Schofield addressed the subject matter of those motions in her May 5, 2025 Order. (<u>See</u> May 5, 2025 Order (Dkt. No. 79)) The Clerk of Court is directed to terminate the motions (Dkt. Nos. 81, 82), and to mail a copy of this order to <u>pro se</u> Defendant Anthony Cruzado.

Dated: New York, New York
       July 1, 2025

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge