Unite State Distric
Cort in the SDNY
New York

Anthony NElSon Cruzado

vs

United Statet of A

# 020 Cr. 565 (LGS)

Provided to Suwannee Correctional Institution on MAY 12 2025 for mailing, by AC

Motion to the
Court to order
the FDOC To give
me A FDOC game Time 10 day's
that I Spent outside
From FDOC At MDC/BOP
to Sive me the 10 day's I
Did get PISe

**MEMO ENDORSED:** The application is denied. Defendant's motion is unintelligible.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Dated: July 1, 2025

Mr Anthony NElSon Cruzado, move this Court to PISe order the FDOC to give Mr Cruzado All His 10 A mothons while he was in MDC/BOP From Nov 20 2020 to 9/2022 that when USM tek me back to FDOC From BOP When this court Sentent me And I was not give no game Time by FDoc And I have Fiel A game bet they Say I Did not for it on Time becuse I was in BOP Ever moth'S that PPl get 10 A moths So if Doc Don't give you your game Time the 10 day's A moths they you have 30 day's From the Dect Doc Don't Sive it to Yer to Fiel How Can I Fie When Im in BoP? And I get by FL Law genm tim 10 day's A mothos for good b     And this Court No that I Did not get No Dr in the Time I was in BOP/MDC becust My Attony say that on the mothl'n He File for me to get Sentente in this Court And mr Nels have Say to this Court that I was not getting No BOP C